# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
(Briefly describe the property to be searched )
or identify the person by name and address) )
Electronic Devices Currently ) Case No. TMD 15-823
Located at the FBI, 185 Admiral Cochran Road, )
Annapolis, MD and Described in Attachment A )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (identify the person or describe the property to be searched and give its location):

Electronic Devices Currently Located at the FBI, 185 Admiral Cochran Road, Annapolis, MD (See Attachment A)

located in the _____ District of ____Maryland____, there is now concealed (identify the person or describe the property to be seized):

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is (check one or more):
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591 | Sex Trafficking of a Minor; |
| 18 U.S.C. § 1594 | Conspiracy to Engage in Sex Trafficking of a Minor; |
| 18 U.S.C. § 2423(a) | Transportation of a Minor for Purposes of Prostitution; |

The application is based on these facts:

☒ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_Applicant's signature_

Margaret Mande, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 04/23/2015

_Judge's signature_

City and state: Greenbelt, Maryland    Thomas M. DiGirolamo, Magistrate Judge, US District Ct
_Printed name and title_

FILED ENTERED
LODGED RECEIVED
MAY 13 2015
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEP